LOCATION–CUSTODY

# Eastern District of Washington
# U.S. District Court (Yakima)
# CRIMINAL DOCKET FOR CASE #: 1:15–mj–04044–JPH All Defendants

<span style="color:darkred">*** ***Internal Use Only*** *** *Internal Use Only* *** *Internal Use Only* ***</span>

Case title: USA v. Blackeagle                                     Date Filed: 03/30/2015
Other court case number:  3:15–CR–86–EJL District of Idaho

Assigned to: Magistrate Judge
James P. Hutton

**Defendant (1)**

**Norton Wesley Blackeagle, Jr**    represented by    **Rick Lee Hoffman**
Federal Defenders – YAK
306 East Chestnut Avenue
Yakima, WA 98901
509–248–8920
Fax: 509–248–9118
Email: rick_hoffman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

**Federal Public Defender – YAK**
Federal Defenders – YAK
Eastern Washington
306 East Chestnut Avenue
Yakima, WA 98901
Email: maria_deleon@fd.org
*TERMINATED: 03/31/2015*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |

None

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:113(a)(3) ASSAULT WITH A<br>DANGEROUS WEAPON | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Thomas J Hanlon**<br>U S Attorney's Office – YAK<br>402 E Yakima Avenue<br>Suite 210<br>Yakima, WA 98901–2760<br>509–454–4425<br>Email: USAWAE.thanlonecf@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/30/2015 | 1 | 4 | RULE 5 DOCUMENTS RECEIVED from District of Idaho as to Norton Wesley Blackeagle, Jr (1) (KW, Case Administrator) (Entered: 03/30/2015) |
| 03/30/2015 | 2 | | NOTICE OF HEARING – By Court as to Norton Wesley Blackeagle, Jr (1). Text entry; no PDF attached. Initial Appearance – Rule 5 set for 3/30/2015 at 02:00 PM in Yakima Courtroom 102 before Magistrate Judge James P. Hutton. (KW, Case Administrator) (Entered: 03/30/2015) |
| 03/30/2015 | | | (Court only) ***Attorney update: Attorney Thomas J Hanlon for USA added as to Norton Wesley Blackeagle, Jr (1). (KW, Case Administrator) (Entered: 03/30/2015) |
| 03/30/2015 | 3 | 9 | MOTION for Detention by USA as to Norton Wesley Blackeagle, Jr (1). (Hanlon, Thomas) (Entered: 03/30/2015) |
| 03/30/2015 | 4 | | ORDER APPOINTING FEDERAL DEFENDER as to Norton Wesley Blackeagle, Jr (1). On the basis of the sworn financial statement, the court finds Defendant is financially unable to retain counsel. IT IS ORDERED the Federal Defenders of Eastern Washington are appointed to represent Defendant pursuant to Title 18 United States Code Sec. 3006A Appointed Federal Public Defender – YAK for Norton Wesley Blackeagle, Jr – Text entry;no PDF document will issue. This text–only entry constitutes the court order on the matter. Signed by Magistrate Judge James P. Hutton. (ASV, ) (Entered: 03/30/2015) |
| 03/30/2015 | 5 | 11 | ORDER Following Initial Appearance on Rule 5 Indictment **ACTION |

| | | | |
|---|---|---|---|
| | | | **REQUIRED\*\*** as to Norton Wesley Blackeagle, Jr (1). **Bail Hearing set for 4/1/2015 at 2:00 PM in Yakima Courtoom 102 before Magistrate Judge James P. Hutton**. Signed by Magistrate Judge James P. Hutton. (MO, Courtroom Deputy) (Entered: 03/30/2015) |
| 03/30/2015 | 6 | 12 | WAIVER of Rule 5 Hearings by Norton Wesley Blackeagle, Jr (1). (MO, Courtroom Deputy) (Entered: 03/30/2015) |
| 03/30/2015 | 7 | 14 | ACKNOWLEDGMENT OF NOTICE OF RIGHTS by Norton Wesley Blackeagle, Jr (1). (MO, Courtroom Deputy) (Entered: 03/30/2015) |
| 03/30/2015 | 8 | | \*\*\*CJA 23 Financial Affidavit by Norton Wesley Blackeagle, Jr (1). (MO, Courtroom Deputy) (Entered: 03/30/2015) |
| 03/30/2015 | 9 | 16 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS by Norton Wesley Blackeagle, Jr (1). (MO, Courtroom Deputy) (Entered: 03/30/2015) |
| 03/30/2015 | 10 | 17 | Minute Entry for proceedings held before Magistrate Judge James P. Hutton: Initial Appearance in Rule 5 Proceedings as to Norton Wesley Blackeagle, Jr (1) held on 3/30/2015 (Reported/Recorded by: FTR/Y−102) (KW, Case Administrator) (Entered: 03/31/2015) |
| 03/31/2015 | 11 | 18 | NOTICE OF ATTORNEY APPEARANCE: Rick Lee Hoffman appearing for Norton Wesley Blackeagle, Jr (1) (Attorney Rick Lee Hoffman added to party Norton Wesley Blackeagle, Jr(pty:dft))(Hoffman, Rick) (Entered: 03/31/2015) |
| 04/01/2015 | 12 | | \*\*\*Pretrial Services Report as to Norton Wesley Blackeagle, Jr (1) (Escamilla, Ana) (Entered: 04/01/2015) |
| 04/01/2015 | 13 | 20 | ORDER Granting 3 The United States' Motion for Detention and Order of Removal (USM Action Required) as to Norton Wesley Blackeagle Jr (1). Signed by Magistrate Judge James P. Hutton. (MO, Courtroom Deputy) Modified on 4/2/2015 to correct case number (MO, Courtroom Deputy). (Entered: 04/01/2015) |
| 04/01/2015 | 14 | 22 | Minute Entry for proceedings held before Magistrate Judge James P. Hutton: Rule 5 Bail Hearing as to Norton Wesley Blackeagle, Jr (1) held on 4/1/2015 (Reported/Recorded by: FTR/Y−102) (KW, Case Administrator) (Entered: 04/02/2015) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  1:15-MJ-4044-JPH |
| vs. | ) | |
| | ) | |
| NORTON WESLEY BLACKEAGLE, | ) | |
| JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Received Rule 5 papers from the United States District Court,

District of Idaho

WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
TRACI J. WHELAN, IDAHO STATE BAR NO. 4416
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

**U.S COURTS**

**MAR 1 7 2015**

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NORTON WESLEY BLACKEAGLE, JR.,<br><br>Defendant. | Case No. CR 15-086-C-EJL<br><br>**INDICTMENT**<br><br>18 U.S.C. § 113(a)(3)<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c) |

The Grand Jury charges:

### COUNT ONE

**Assault with a Dangerous Weapon**
**18 U.S.C. § 113(a)(3)**

On or about August 12, 2014, in the District of Idaho, and within the exterior boundaries of the Nez Perce Indian Reservation, the defendant, Norton Wesley Blackeagle, Jr., an Indian, did assault A.F. , a non-Indian, with a dangerous weapon with the intent to cause bodily injury by knowingly and intentionally using a display of force that reasonably caused A.F. to fear

INDICTMENT - 1

immediate bodily harm to-wit: the defendant pointed a Jennings 9mm pistol at A.F. and told him

he was going to shoot him; all in violation of Title 18, United States Code, Section 113(a)(3).

## CRIMINAL FORFEITURE ALLEGATION

### Firearm Forfeiture
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

Upon conviction of the offense in violation of Title 18, United States Code, Section

113(a)(3), set forth in Count One of this Indictment, the defendant, Norton Wesley Blackeagle,

Jr., shall forfeit to the United States, any firearms or ammunition involved in or used in the

commission of the offense including, but not limited to, the following:

Jennings 9 mm handgun, serial number: 1354707

### Substitute Assets:

If any of the above-described forfeitable property, as a result of any act or omission of the

defendant:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be divided without
        difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by

28 U.S.C. § 2461(c) and 18 U.S.C. § 982(b), to seek forfeiture of any other property of said

defendant up to the value of the forfeitable property described above.

**INDICTMENT - 2**

DATED this 17th day of March, 2015.

A TRUE BILL

/s/ [signature on reverse]

FOREPERSON

WENDY J. OLSON
United States Attorney
By:

TRACI J. WHELAN
Assistant United States Attorney

INDICTMENT - 3

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA
v.
NORTON WESLEY BLACKEAGLE, JR.,

*WARRANT FOR ARREST*

CASE NUMBER:  **3:15-CR-86-EJL**

To:     The United States Marshal
         and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **NORTON WESLEY BLACKEAGLE, JR.** and bring forthwith to the nearest magistrate to answer **INDICTMENT**  charging with the below listed violation.

18 U.S.C. §§ 113(a)(3) ASSAULT WITH A DANGEROUS WEAPON



**United States Courts
District of Idaho
ISSUED**
*Jill Palkoner*
**on Mar 18, 2015 2:42 pm**

<u>Jill Palkoner, Deputy Clerk</u>
Name and Title of Issuing Officer

<u>March 18, 2015</u>
Date

---

### RETURN

This warrant was received _____ and executed with the arrest of the above-named individual at _____.

_____

_____          _____
Signature of Arresting Officer                              Date of Arrest

_____
Name & Title of Arresting Officer

MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
THOMAS J. HANLON
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: 1:15-mj-04044-JPH |
| Plaintiff, | MOTION FOR DETENTION |
| vs. | |
| NORTON W. BLACKEAGLE JR., | |
| Defendant. | |

     The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

     1.   <u>Eligibility of Case</u>.  This case is eligible for a detention order because the case involves (check one or more):

       ☐ Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 109A, 110 and 117),

       ☐ Maximum penalty of life imprisonment or death,

       ☐ Drug offense with maximum penalty of 10 years or more,

       ☐ Felony, with two prior convictions in above categories,

       ☒ Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous

1

weapon, or involves a failure to register under 18 U.S.C. section 2250,

☒ Serious risk Defendant will flee, or

☒ Serious risk obstruction of justice.

2.   <u>Reason For Detention</u>.  The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

☒ Defendant's appearance as required, or

☒ Safety of any other person and the community.

3.   <u>Rebuttable Presumption</u>.  The United States ( ☐ will or ☐ will not) invoke the rebuttable presumption against Defendant under Section 3142(e).  The presumption applies because there is probable cause to believe Defendant committed: If no, check nothing, if yes check all that apply

☐ Drug offense with maximum penalty of 10 years or more,

☐ 18 U.S.C. § 924(c) firearms offense, or

☐ Kidnaping, sexual crimes, or child pornography offenses, or Crime of violence (as defined in 18 U.S.C. § 3156(a)(4).

4.   <u>Time For Detention Hearing</u>.  The United States requests the Court conduct the detention hearing:

☒ At the first appearance, or

☐ After a continuance of three days.

5.   <u>Other Matters</u>.

s/Thomas J. Hanlon

Dated this 30th day of March, 2015.      THOMAS J. HANLON
Assistant United States Attorney

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:15-MJ-4044-JPH-1 |
| Plaintiff, | |
| vs. | ORDER FOLLOWING INITIAL APPEARANCE ON RULE 5 INDICTMENT |
| NORTON WESLEY BLACKEAGLE, JR, | |
| Defendant. | ☒     ACTION REQUIRED |

At Defendant's March 30, 2015 Initial Appearance based on the Rule 5 Indictment filed in the District of Idaho, Defendant appeared, in custody, with Assistant Federal Defender Rick Hoffman. Assistant U.S. Attorney Shawn Anderson represented the United States.

Defendant was advised of, and acknowledged his rights.

Defendant, individually and through counsel, waived the right to an identity hearing, pursuant to Rule 5. Defendant's waiver is accepted as knowing and voluntary. The bail hearing and hearing on the Government's Motion for Detention (ECF No. 3) is set: **Wednesday, April 1, 2015 at 2:00 p.m.** in Yakima, Washington before the undersigned. Pending the hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing or until further order of the Court.

The U.S. Probation Office personnel shall prepare a Pretrial Services Report prior to the bail hearing, and shall notify defense counsel prior to interviewing Defendant.

**DATED** March 30, 2015.

s/James P. Hutton
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 3 0 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

1

2

3

4                    UNITED STATES DISTRICT COURT
                     DISTRICT OF WASHINGTON

5

6   UNITED STATES OF AMERICA,        )
                                      )      Magistrate Judge
7          Plaintiff,                 )      No. 1:15-MJ-4044-JPH
                                      )
8   Vs.                               )      WAIVER OF RULE 5 HEARINGS
                                      )
9   NORTON WESLEY BLACKEAGLE, JR.,    )
                                      )
10         Defendant.                 )
    _____ )

11

12         The undersigned defendant does hereby acknowledge: I appeared on this date in the

13  Eastern District of Washington, was advised of the charge(s) pending against me in the

    prosecuting district, and was informed of my rights to:

14

15         (1)remain silent, knowing that if I make a statement, it can be used against me; (2)retain
    counsel or have counsel appointed for me; (3) an identity hearing to determine if I am the person
16  sought by the prosecuting district; and (4)plead guilty to the charge in this district, if I and the
    United States Attorneys in this district and in the requesting district agree.

17         If this matter is proceeding by **COMPLAINT**:

18         **I WAIVE (GIVE UP) MY RIGHT TO A(N):**

19  ( ) identity hearing in this district
    ( ) preliminary examination in this district
    ( ) bail hearing in this district

20

21         If this matter is proceeding by **INDICTMENT**:

22         **I WAIVE (GIVE UP) MY RIGHT TO A(N)**

    (✓) identity hearing in this district
23  ( ) bail hearing in this district

24

25  WAIVER OF RULE 5 HEARINGS

                                        1                                      12

If this matter is proceeding by **PETITION**:

**I WAIVE (GIVE UP) MY RIGHT TO A(N)**

( ) identity hearing in this district
( ) probable cause hearing in this district
( ) bail hearing in this district

If this matter is proceeding by **WARRANT**:

**I WAIVE (GIVE UP) MY RIGHT TO A(N)**

( ) identity hearing in this district
( ) bail Hearing in this district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

As to those hearings which are waived in this district, other than the identity hearing, I **RESERVE** the right to have those hearings in the prosecuting district.

_____
Defendant

_3/30/15_
Date

_____
Defense Counsel

Interpreted by (if applicable):

_____
(Sign and Print Name)

WAIVER OF RULE 5 HEARINGS

2

13

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 30 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:15-MJ-4044-JPH |
| Plaintiff, | ) | |
| | ) | ACKNOWLEDGMENT OF NOTICE OF RIGHTS |
| v. | ) | |
| NORTON WESLEY BLACKEAGLE, JR., | ) | (FED. R. CRIM. P. 5) |
| Defendant. | ) | (Complaint or Indictment) |
| | ) | |

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1)   Of the charge or charges placed against me, and I acknowledge receipt of a copy of the:

☐ **Complaint**
☑ **Indictment**

which specifically sets forth the allegations;

2)   That I have been advised of the maximum penalty provided by law;

3)   My right to remain silent at all times and if I make a statement it can be used against me;

4)   My right to retain my own counsel, and if I am without funds, to have counsel appointed to represent me in this district and the requesting district;

5)   My right to have a preliminary examination hearing, if charged by Complaint, before a United States Magistrate Judge and to have counsel present at that hearing, or waive this hearing in writing;

6)   My right to a jury trial before a United States District Judge, to be confronted by the United States' witnesses, and have witnesses attend on my behalf;

7)   My right to state in writing a wish to plead guilty or nolo contendre, to waive trial in the district in which the Indictment is pending, and to consent to disposition of this case in

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - 1
Revised 12/1/2014

1  this district, *subject to* the approval of the United States Attorney
   for the charging district and this district;

2

3       8)   My right to an identity hearing to ascertain if I am the
   person named in the charging document or to waive this hearing in
   writing;

4

5       9)   My right to a detention hearing within three business
   days, if the United States moves for detention, and to be
   represented by counsel at that hearing;

6

7       10)  My right, if I am not a United States citizen, to request
   a Government attorney or law enforcement official notify my
   country's consulate of my arrest or detention.

8

9  ___3/30/15_____        _____
           Date                          Defendant

10

11 Interpreted by (if applicable):

12

13 _____

14 (Sign and Print Name)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 30 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )          1:15-MJ-4044-JPH
                                   )
vs.                                )          Defendant's Assertion of
                                   )          Fifth and Sixth Amendment
NORTON WESLEY BLACKEAGLE, JR.,     )          Rights
                                   )
          Defendant.               )
                                   )

TO:    MICHAEL C. ORMSBY, UNITED STATES ATTORNEY

        I, the above-named defendant, hereby assert my rights under the Fifth and Sixth Amendments of

the United States Constitution, including but not limited to my rights to remain silent and to have

counsel present at any and all of my interactions with the government or others acting on the

government's behalf.  I do not wish to, and will not, waive any of my constitutional rights except in the

presence of counsel.  I do not wish to have, nor do I consent to, any contact with any government

official, including but not limited to law enforcement agents, except through my counsel.  I do not want

the government or others acting on the government's behalf to question me, or to contact me seeking a

waiver of any rights, unless my counsel is present. The Government should so instruct its agents.

        DATED this 30 day of ___March___, 2015

                                        Respectfully Submitted,

                                        _____
                                        DEFENDANT

Defendant's Assertion of
Fifth and Sixth Amendment Rights

# United States District Court, Eastern District of Washington
## Magistrate Judge James P. Hutton
### Yakima

USA v.                         **Case No.**    **1:15-MJ-4044-JPH**
**NORTON WESLEY BLACKEAGLE, JR.**

## Rule 5 Initial Appearance on Indictment:             03/30/2015

| | | | |
|---|---|---|---|
| ☒ | Karen White, Courtroom Deputy | ☒ | Shawn Anderson, US Atty |
| | | ☒ | Rick Hoffman, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer | | |
| | | | Interpreter  -  **NOT REQUIRED** |
| ☒ | Defendant present in custody USM | | |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☒ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☒ | Charging document read in open court |
| ☐ | Conditions of Release Imposed | ☒ | Pre-Trial Services Report ordered |
| ☐ | 199C Advice of Penalties/Sanctions | ☒ | Waiver of Rule 5 Hearings filed |
| ☐ | Ordered Release on Personal Recognizance; 199C Not Required | ☐ | Court Ordered Removal to Charging District |

## REMARKS

      Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| | |
|---|---|
| **Identity Hrg:** | *Waived by Defendant* |
| **Bail Hrg:** | **04/01/2015   2:00   Y/JPH** |

1   Rick L. Hoffman
    FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
2   306 East Chestnut Avenue
    Yakima, Washington 98901
3   (509) 248-8920

4   Attorneys for Defendant
    NORTON WESLEY BLACKEAGLE, JR.

5
                    UNITED STATES DISTRICT COURT
6                   EASTERN DISTRICT OF WASHINGTON
                     (HONORABLE JAMES P. HUTTON)
7
    UNITED STATES OF AMERICA,        )
8                                     )
            Plaintiff,                )    1:15-MJ-4044-JPH
9                                     )
       vs.                            )    NOTICE OF APPEARANCE
10                                    )
    NORTON WESLEY BLACKEAGLE, JR.,    )
11                                    )
            Defendant.                )
12   _____)

13  TO:   MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
          THOMAS J. HANLON, ASSISTANT UNITED STATES ATTORNEY
14
15         Please take notice that Rick L. Hoffman of the Federal Defenders of

16  Eastern Washington and Idaho hereby enters his appearance as counsel of

17  record in this matter.  All future correspondence and court filings should be

18  forwarded directly to the address listed above.

19  //

20  //

21  //

22  //

23
24         NOTICE OF APPEARANCE

DATED:     March 31, 2015.

                          Respectfully Submitted,


                          s/Rick L. Hoffman
                          Rick L. Hoffman, 9478
                          Attorney for NORTON WESLEY BLACKEAGLE, JR.
                          Federal Defenders of Eastern
                          Washington and Idaho
                          306 East Chestnut Avenue
                          Yakima, Washington 98901
                          (509) 248-8920
                          Rick_Hoffman@fd.org


                   CERTIFICATE OF SERVICE


        I hereby certify that on March 31, 2015, I electronically filed  the Notice

of Appearance with the Clerk of the Court using the CM/ECF System which

will send notification of such filing to the following: THOMAS J. HANLON,

Assistant United States Attorney.


                          s/Rick L. Hoffman


NOTICE OF APPEARANCE

1
2
3       UNITED STATES DISTRICT COURT
4       EASTERN DISTRICT OF WASHINGTON
5
6   UNITED STATES OF AMERICA          No. 1:15-MJ-04044-JPH
7                    Plaintiff,
8                                     ORDER GRANTING THE UNITED
                                      STATES' MOTION FOR
9   vs.                              DETENTION AND ORDER OF
                                      REMOVAL
10
11  NORTON WESLEY BLACKEAGLE,
    JR. ,                             ☒     MOTION GRANTED
12                                          (ECF No. _3)
13                   Defendant.
14  Date of bail hearing: 04/01/2015

15      The Court has conducted a bail hearing pursuant to 18 U.S.C. § 3142(f), and
16  has considered the Pretrial Services Report and proffers of the parties. The
17  Government contended that a rebuttal presumption against release applies in this
18  case.

19      The Court has considered and evaluated the four factors outlined in 18
20  U.S.C. § 3142(g) to decide whether there were conditions of release that would
21  reasonably assure the Defendant's appearance in court and the safety of the
22  community: (1) the nature and circumstances of the offense; (2) the weight of
23  evidence against the Defendant; (3) the history and characteristics of the
24  Defendant; and (4) the nature and seriousness of the danger the Defendant would
25  present to the community if released. The Court, based upon the factual findings
26  and statement of reasons for detention hereafter set forth, and as stated in court,
27  finds the following:

28

ORDER - 1

☒　　Defendant has a history of:　　☐　　Failures to appear

☒　　Failures to comply

☒　　Defendant has a criminal history involving a previous violent offense.

☒　　Defendant has been non-compliant while under supervision.

☒　　By a preponderance of the evidence there are no conditions or combination of conditions other than detention that will reasonably assure the appearance of Defendant as required.

☒　　By clear and convincing evidence there are no conditions or combination of conditions other than detention that will ensure the safety of the community.

**IT IS ORDERED:**

1. The Government's Motion for Detention (**ECF No. 3**) is **GRANTED**.

2. Defendant is committed to the custody of the United States Marshal for detention until further order of the Court, and for removal as soon as reasonably possible to the District of Idaho.

3. Defendant shall be made reasonably available for communication with court-appointed counsel.

DATED April 1, 2015.


<u>s/James P. Hutton</u>
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 2

# United States District Court, Eastern District of Washington
## Magistrate Judge James P. Hutton
### Yakima

USA v.                                        Case No.    1:15-MJ-4044-JPH
**NORTON WESLEY BLACKEAGLE, JR.**

**Rule 5 Bail Hearing:**                                        04/01/2015

| | | |
|---|---|---|
| ☒ Karen White, Courtroom Deputy | ☒ | Shawn Anderson, US Atty |
| | ☒ | Rick Hoffman, Defense Atty |
| ☒ Erica Helms, US Probation / Pretrial Services | | Interpreter - **NOT REQUIRED** |
| ☒ Defendant present ☒ in custody USM ☐out of custody | ☐ | Defendant not present / failed to appear |

| | | |
|---|---|---|
| ☒ Defendant continued detained | ☐ | Conditions of Release imposed |
| | ☐ | 199C Advice of Penalties/Sanctions |

## <u>REMARKS</u>

USA proffered the pretrial services bail report in support of detention and argued for continued detention of Defendant.

Defense counsel argued for Defendant's release on conditions.

**The Court ordered:**
1. USA's Motion for Detention is **granted.**
2. Defendant shall be detained by the U.S. Marshal until further order of the Court.
3. REMOVAL of Defendant to the charging district.